IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00187 Chief Judge Haynes |
| TORREON OTEY, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The plea hearing in this action is **re-set for Wednesday, January 25, 2013 at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 21st day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court